Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

MAY 21, 2014

WILLIAM M. McCOOL, Clerk

By _____ Deputy

The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATHAN BONDS,<br><br>　　　　　Defendant. | NO. CR14-74 JCC<br><br>**SECOND SUPERSEDING INDICTMENT** |

The Grand Jury charges that:

## COUNT ONE

**(Sex Trafficking of a Juvenile (JF1) through Force, Fraud and Coercion)**

Beginning in or before April 2013, and continuing through May 2013, within the Western District of Washington, and elsewhere, NATHAN BONDS did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, a juvenile female (JF1), knowing that force, fraud, and coercion would be used to cause JF1 to engage in commercial sex acts, and with knowledge and in reckless disregard of the fact that JF1 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and (b)(2).

BONDS/CR14-74JCC
SECOND SUPERSEDING INDICTMENT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT TWO
**(Transportation of a Minor (JF1) with Intent to Engage in Criminal Sexual Activity)**

During April 2013, within the Western District of Washington, and elsewhere, NATHAN BONDS did knowingly transport JF1, a juvenile female, in interstate and foreign commerce, specifically, to and from the States of Oregon and Washington, with the intent that JF1 engage in sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT THREE
**(Sex Trafficking of a Juvenile (JF2))**

During April 2013, and continuing through May 2013, within the Western District of Washington, and elsewhere, NATHAN BONDS did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, JF2, a juvenile female, and with knowledge and in reckless disregard of the fact that JF2 had not attained the age of 18 years, and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(2).

## COUNT FOUR
**(Transportation of a Minor (JF2) with Intent to Engage in Criminal Sexual Activity)**

During April 2013, within the Western District of Washington, and elsewhere, NATHAN BONDS did knowingly transport JF2, a juvenile female, in interstate and foreign commerce, specifically, to and from the States of Oregon and Washington, with the intent that JF2 engage in sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

BONDS/CR14-74JCC
SECOND SUPERSEDING INDICTMENT - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT FIVE

**(Transportation for the Purpose of Prostitution Through Coercion and Enticement)**

During at least February 2013, and continuing until June 2013, within the Western District of Washington, and elsewhere, NATHAN BONDS did knowingly persuade, induce, entice and coerce, and did attempt to persuade, induce, entice and coerce, a female victim (FV1) to travel in interstate commerce, specifically, to and from the States or Oregon and Washington, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(a).

A TRUE BILL:

DATED:

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
JENNY A. DURKAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
CATHERINE L. CRISHAM
Assistant United States Attorney

BONDS/CR14-74JCC
SECOND SUPERSEDING INDICTMENT - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970