THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN BONDS,<br><br>Defendant. | CASE NO. CR14-0074-JCC<br><br>ORDER |

This matter comes before the Court on the United States' unopposed motion to continue the trial date (Dkt. No. 34) and accompanying motion to seal (Dkt. No. 34). Having thoroughly considered the motions, which Defendant has not opposed, Defendant Nathan Bonds' waiver of his speedy trial rights through October 16, 2014, and the records and files herein, the Court hereby GRANTS the motion to continue based on the following findings and GRANTS the motion to seal for good cause shown.

Trial in this matter is set for June 23, 2014. The Government has filed a Second Superseding Indictment charging Defendant with the crime of Transportation of FV1 for the Purpose of Prostitution Through Coercion and Enticement, in violation of 18 U.S.C. § 2422(a). As the named victim in that charge and an eyewitness to the remaining crimes charged, FV1 is an essential witness for trial. The Government has engaged in due diligence in an effort to secure FV1's appearance. Law enforcement has been searching for FV1 since April 16, 2014, and has

1  been unable to locate her. It is unclear whether FV1 will be located before the current trial date
2  of June 23, 2014. FV1's non-appearance would be prejudicial to the United States and likely
3  result in a miscarriage of justice. A continuance is thus necessary to ensure availability at trial of
4  an essential government witness. *See* 18 U.S.C, § 3161(h)(3)(A).

5  Accordingly, it is hereby ORDERED that the current trial date of June 23, 2014 is
6  continued to October 6, 2014 at 9:00 a.m. Pretrial motions shall be filed, briefed, and noted for a
7  date no later than September 5, 2014. Furthermore, it is ORDERED that the period of time from
8  the current trial date of June 23, 2014 to the new trial date of October 6, 2014 shall be excludable
9  time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

10  Lastly, the Court GRANTS the United States motion to seal. (Dkt. No. 32.) Exhibit A
11  (Dkt. No. 33) shall remain under seal until further order of the Court.

12  DATED this 29th day of May 2014.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2