# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NATHAN BONDS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NOS. <br> C18-0131-JCC, CR14-0074-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion to seal (Case No. CR14-0074-JCC, Dkt. No. 166.) All filings pertaining to Plaintiff's motion to vacate, set aside, or correct his sentence (Case No. C18-0131-JCC, Dkt. No. 1) should be filed with the case number established for Plaintiff's motion: Case No. C18-0131-JCC. The Government is DIRECTED to re-file the motion to seal with case number C18-0131-JCC.

DATED this 19th day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk